# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MANNING,<br><br>                Movant-Defendant,<br>  v.<br>UNITED STATES OF AMERICA,<br><br>                Respondent-Plaintiff. | Civ. Case No.:  10cv833 BTM<br>Crim. Case No.: 06cr1021 BTM<br><br>**JUDGMENT ON § 2255 MOTION** |

For the reasons set forth in the Court's Order Granting in Part and Denying in Part § 2255 Motion, Defendant's § 2255 motion is **GRANTED IN PART** and **DENIED IN PART**. The motion is **GRANTED** as to Defendant's claim that his attorney was ineffective for refusing to file a Notice of Appeal and is **DENIED** as the remainder of Defendant's claims. The Clerk shall **VACATE** and **REENTER** the criminal Judgment in this case so that Defendant may proceed with his appeal.  A Certificate of Appealability is **DENIED** as to the § 2255 claims denied by the Court.

**IT IS SO ORDERED.**

DATED: July 12, 2010

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge